**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 4:26-cv-00970-MAL |
| v. | ) | |
| | ) | |
| TRANSUNION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

In Plaintiff's Motion for Reconsideration, Doc. 15, Plaintiff requests reconsideration on the assumption that her Motion for Temporary Restraining Order, Doc. 3, was denied because she failed to submit documents supporting the merits of her claim. Doc. 15. This assumption is incorrect. The Court's Show Cause Order and denial of the motion for temporary restraining order were based on failure to adequately explain why notice should not be required, not a failure to demonstrate a likelihood of success on the merits. *See* Doc. 5; Doc. 11. The presence or absence of documents demonstrating TransUnion's alleged willful noncompliance with 15 U.S.C. § 1681c-2 played no role in the decision. Considering this,

**IT IS HEREBY ORDERED** that the Motion for Reconsideration, Doc. 15, is **DENIED**.

**Dated this 16th day of July, 2026.**

MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE